## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

TRAVIS L. JONES                           CIVIL ACTION NO. 3:21-CV-00471

VERSUS                                    JUDGE TERRY A. DOUGHTY

SOUTHERN INSURANCE CO. et al              MAG. JUDGE KAYLA D. MCCLUSKY

### MEMORANDUM RULING

Before the Court is a Motion for Summary Judgment [Doc. No. 8] filed by Defendant Southern Insurance Specialist, Inc. ("Southern Insurance") on March 19, 2021. The motion has not been opposed.

For the reasons set forth herein, Southern Insurance's Motion for Summary Judgment is GRANTED.

Plaintiff Travis L. Jones ("Jones") filed suit against Brittany N. Hair ("Hair"), MS Freight Company, Inc. ("MS Freight") and Southern Insurance in the 5th Judicial District Court, Richland Parish, Louisiana, on January 5, 2021, for injuries sustained as a result of a January 8, 2020, automobile accident. On February 25, 2020, the case was removed to this Court [Doc. No. 1].

Jones alleged that Southern Insurance provided automobile insurance coverage to the Defendants, Hair and MS Freight at the time and date of the accident.

In its Motion for Summary Judgment, Southern Insurance maintains it is not an insurance company, but is an insurance broker. The Unsworn Declaration of Peter F. Keyes [Doc. No. 8, Exh. 2], verifies that Southern Insurance is an insurance broker, not an insurance company, and that it did not issue a policy of insurance for Hair and MS Freight. Additionally, Keyes attached a Common Policy Declaration page which shows that on the date of the accident, MS Freight was insured by National Casualty Company under Policy Number LJ00000156.

No opposition has been filed by Jones.  This Court finds there are no genuine issues as to any material fact and that Southern Insurance is entitled to judgment as a matter of law pursuant to Fed. R.  Civ. P. Article 56.

For the reasons set forth herein, Southern Insurance's Motion for Summary Judgment [Doc. No. 8] is GRANTED.

MONROE, LOUISIANA this 13th day of April, 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

2